Georgianna Deyo, Respondent, v. Leonard J. Darrow, Appellant.— Judgment affirmed, with costs. All concurred.

Suzanne G. Quackenbush, as Administratrix, etc., of John F. Quackenbush, Deceased, Respondent, v. Lyth Tile Company, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Henry G. Fries, Respondent, v. Addie H. Adams, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

George H. Blackman, Respondent, v. The Allegany County Farmers Co-operative Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William E. Kent, as Administrator, etc., Respondent, v. Jamestown Street Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Marion L. Allen and Fred Brennisen, Trading under the Firm Name and Style of the Allen Fruit Company, Respondents, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Josupeet, Respondent, v. City of Niagara Falls, Appellant.— Judgment and order affirmed, with costs. All concurred.

The State Bank of Mayville, N. Y., Respondent, v. Edward T. Howard, Impleaded with Linson de F. Jennings, Individually, and as Executor, etc., of Susan B. Jennings, Deceased, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the judge, upon the record, struck out all the evidence of the witnesses, which was error. Some of the evidence given by Jennings was clearly competent and should have been allowed to stand. All concurred.

Julius Ullman and Others, Respondents, v. C. C. Wormer Machinery Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented upon the ground that the contract having been wholly rescinded, there was no right to recover anything under it.

Fred C. Trimbey, Appellant, v. Central New York Telephone and Telegraph Company, Respondent.— Judgment affirmed, with costs. All concurred.

Mary Sommer, Respondent, v. The Armor Gas and Oil Company, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Alfred J. Austin, Respondent, v. City of Dunkirk, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the grounds stated in his opinion upon the former appeal (reported at 140 App. Div. 44), and Williams, J., who dissented upon the ground that the city cannot be held liable for negligence in building a sidewalk in the manner shown by the evidence of this case.

Charles N. Green, Respondent, v. The Michigan Central Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Louis H. Marsh, Appellant, v. Newton Falls Paper Company, Respond-